**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 08-39-DLB-CJS**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

vs.                                             **ORDER**

**LOE ROY JACKSON**                                                          **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Candace J. Smith (Doc. # 66), wherein she recommends that Defendant's supervised release be revoked and that he be sentenced to a term of incarceration of thirty (30) months, with twelve (12) months of supervised release to follow. During the competency hearing/final revocation hearing conducted by Judge Smith on August 22, 2017, Defendant admitted to violating the terms of his supervised release as set out in the April 5, 2017 Violation Report. (Doc. # 63).

Although the parties would ordinarily have fourteen (14) days to file objections to the R&R, during the final hearing, both sides waived the 14-day-objection period. *Id.* Defendant having further waived his right to allocution (Doc. # 65), the R&R is ripe for review. Having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 66) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant's supervised release is hereby **REVOKED**;

(3) Defendant is sentenced to the custody of the Attorney General for a term of **incarceration of 30 months**, credit to be given for time served since his detention on the violation charges, with **12 months of supervised release** to follow;

(4) The same standard and special conditions of supervision as set forth in the April 7, 2011 Judgment (Doc. # 41), and the conditions added in the January 3, 2017 modification (Doc. # 43) shall apply;

(5) Defendant's sentence, if possible, shall be served at the Federal Correctional Institution in Ashland, Kentucky, and he shall participate in any recommended mental health treatment available to him; and

(6) A Judgment shall be entered concurrently herewith.

This 5th day of December, 2017.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2008\8-39 Order Adopting SR R&R.docx